**Order entered April 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01715-CV

## ALEXANDER R. DAVIS AND REBECCA R. DAVIS, Appellants

## V.

## TEXAS MUTUAL INSURANCE COMPANY, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-06356**

## ORDER

Because the clerk's record filed electronically April 15, 2013 is defective, and a corrected

record was filed April 17, 2013, we **STRIKE** the April 15th record from the record of this cause.


/David Lewis/

DAVID LEWIS
JUSTICE